# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>   *Plaintiff*,<br><br>v.<br><br>REDROCK HOSPITALITY, LLC; and CARSTENSEN ENTERPRISES, INC.,<br><br>   *Defendants*. | Case No. 0:18-cv-00420-PJS-BRT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, that all claims asserted in the above-captioned case by Plaintiff Zach Hillesheim may be dismissed with prejudice, and that this Court may enter an Order dismissing the claims asserted by Plaintiff Zach Hillesheim with prejudice and without costs, expenses, disbursements, or fees to any party.

Dated: May 23, 2018

**STINSON LEONARD STREET LLP**

/s/ Ryan Sugden
Ryan Sugden  (#393436)
Stinson Leonard Street LLP
50 South Sixth Street, Suite 2600
Minneapolis MN, 55402
Email: ryan.sugden@stinson.com
Phone: (612) 335-1500
**ATTORNEYS FOR DEFENDANT REDROCK HOSPITALITY, LLC**

Dated: May 23, 2018

**BROWNE LAW LLC**

/s/ Padraigin L. Browne
Padraigin L. Browne (MN Bar # 389962)
Browne Law LLC
8530 Eagle Point Blvd, Suite 100
Lake Elmo, MN 55042
E-mail: paddy@brownelawllc.com
Phone: (612) 293-4805
**ATTORNEYS FOR PLAINTIFF**

1

**FARRISH JOHNSON LAW OFFICE, CHTD.**
/s/ Joseph Gangi
Joseph Gangi (#0392042)
Farrish Johnson Law Office, Chtd.
1907 Excel Drive
Mankato, MN 56001
Email: jgangi@farrishlaw.com
Phone: (507) 625-2525
**ATTORNEYS FOR DEFENDANT CARSTENSEN ENTERPRISES, INC.**