## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>    *Plaintiff*,<br><br>v.<br><br>REDROCK HOSPITALITY, LLC; and CARSTENSEN ENTERPRISES, INC.,<br><br>    *Defendants*. | Case No. 0:18-cv-00420-PJS-BRT<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this case have filed a stipulation of dismissal.

Accordingly, based upon the foregoing and all the files and records herein, **IT IS ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: May 23, 2018

                                            PATRICK J. SCHILTZ
                                            United States District Judge